DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JONATHAN ARTURO ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-082 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JONATHAN ARTURO ALVAREZ, | DATE: January 22, 2016
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 20, 2016 and then January 22, 2016; and time for computation under the Speedy Trial Act was excluded until January 20, 2016.

2. By this stipulation, defendant now seeks to continue the status conference until February 5, 2016 and to exclude time between January 20, 2016 and February 5, 2016, under Local Code T4, to which the government stipulates.

3. The parties agree and stipulate, and request that the Court find the following:

     a) The discovery associated with this case includes 260 pages of investigative reports and related documents, which has been provided in redacted form to defense counsel. In addition, the government had previously provided photographs, a dashboard camera recording and an additional video recording to defense counsel; and, has provided DEA reports on the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

contents of a GPS device and iPhone 6 containing contents and still images to defense counsel.

   b) Counsel for defendant desires additional time to consult with his client and to review the discovery with his client, who is in custody which presents logistical issues relating to the review of materials with a computer; and, to determine whether additional investigation should be undertaken.

   c) In addition, plea negotiations are ongoing and additional time is needed to finalize a written plea agreement for anticipated presentation and entry of plea in this Court.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2016 to February 5, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  January 11, 2016        BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ AMANDA BECK
                 AMANDA BECK
                 Assistant United States Attorney

Dated: January 11, 2016

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
Jonathan Arturo Alvarez

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge